IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAREEM MARSHALL, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-105-MTT |
| | * |
| CAPITAL ACCOUNTS, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated June 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of June, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk